# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RAYMOND H. KIMBLE, III

NO. 2019 KW 0916

**SEP 17 2019**

---

In Re: Raymond H. Kimble, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 08-16-0255 & 08-16-0540.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT GRANTED.** The district court is ORDERED to either proceed to trial in this matter on or before October 28, 2019, or to hold a contradictory hearing on or before that date at which the district attorney must show just cause why relator should not be released from his bond obligation. See La. Const. art. I, § 16; La. Code Crim. P. art. 701(D)(2). The court is further instructed to provide this court with documentation of the judgment in this matter or the ruling on the request for release on or before November 4, 2019.

**VGW**
**JMG**

**Crain, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT